IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMON VICTORELL SLATER, #177 985, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:16-CV-627-WKW ) |
| CHIEF FLOWERS, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On September 21, 2016, the Magistrate Judge filed a Recommendation (Doc. # 14) to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 14) is ADOPTED;

2. The claims against the Alabama Department of Corrections are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. §1915(e)(2)(B)(i);

3. Defendant Alabama Department of Corrections is DISMISSED as a party to the complaint; and

4. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 21st day of October, 2016.

                              /s/ W. Keith Watkins
                        CHIEF UNITED STATES DISTRICT JUDGE