IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEMON VICTORELL SLATER, | ) | |
| # 177985, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:16-CV-627-WKW |
| | ) | [WO] |
| CHIEF FLOWERS, | ) | |
| K. WILSON, and | ) | |
| DR. DARBOUSE | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On May 18, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 42.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this action is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 25th day of July, 2017.

                                             /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE