IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMON VICTORELL SLATER, <br> # 177985, <br><br> Plaintiff, <br><br> v. <br><br> CHIEF FLOWERS, <br> K. WILSON, and <br> DR. DARBOUSE <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO.  2:16-CV-627-WKW <br> )                      [WO] <br> ) <br> ) <br> ) <br> ) <br> ) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day, it is ORDERED, ADJUDGED and DECREED that Plaintiff Demon Victorell Slater's action against Defendants Chief Flowers, K. Wilson, and Dr. Darbouse is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 25th day of July, 2017.

                                                /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE